ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
JAMES I. JACONETTE (179565)
SCOTT H. SAHAM (188355)
SUSAN G. TAYLOR (190753)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jamesj@rgrdlaw.com
scotts@rgrdlaw.com
susant@rgrdlaw.com
jcaringal@rgrdlaw.com
       – and –
DENNIS J. HERMAN (220163)
DAVID W. HALL (274921)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
dhall@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| COBALT PARTNERS, LP, et al., | ) | Case No. 3:16-cv-02263-WHA |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | SCHEDULING ORDER |
| vs. | ) | |
| | ) | |
| SUNEDISON, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

[Caption continued on following page.]

1178341_1

| | |
|---|---|
| GLENVIEW CAPITAL PARTNERS, L.P., et al.,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>SUNEDISON, INC., et al.,<br><br>                    Defendants. | Case No. 3:16-cv-02264-WHA |
| OMEGA CAPITAL INVESTORS, L.P., et al.,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>SUNEDISON, INC., et al.,<br><br>                    Defendants. | Case No. 3:16-cv-02268-WHA |

1178341_1

1   Pursuant to the Court's instruction during the August 18, 2016 hearing in the above-
2   captioned actions, the parties, by and through their respective undersigned counsel of record, submit
3   the following stipulation and proposed order:

4   WHEREAS, on March 28, 2016, the action captioned *Cobalt Partners, LP, et al. v.*
5   *SunEdison, Inc., et al.* ("*Cobalt*") was filed in the Superior Court of California, San Mateo County;

6   WHEREAS, on March 29, 2016, the action captioned *Glenview Capital Partners, L.P., et al.*
7   *v. SunEdison, Inc., et al*. ("*Glenview*") was filed in the Superior Court of California, San Mateo
8   County;

9   WHEREAS, on March 30, 2016, the action captioned *Omega Capital Investors, L.P., et al. v.*
10  *SunEdison, Inc., et al*. ("*Omega*") was filed in the Superior Court of California, San Mateo County;

11  WHEREAS, on April 26, 2016, defendants removed the *Cobalt*, *Glenview* and *Omega*
12  actions to federal court;

13  WHEREAS, on August 12, 2016, defendants, pursuant to extensions of time previously
14  agreed to by plaintiffs and granted by the Court, filed eight motions to dismiss the *Glenview* and
15  *Omega* complaints and two joinders on a variety of grounds (*see Omega* Dkt. Nos. 118, 120, 121,
16  123, 125; *Glenview* Dkt. Nos. 129, 131, 133, 134, 136) (collectively, the "Motions");

17  WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, plaintiffs' responses to the Motions would
18  be due by August 26, 2016, and defendants' replies would be due by September 2, 2016;

19  WHEREAS, the hearing on the Motions was set for September 22, 2016, a date on which
20  plaintiffs' counsel is unavailable;

21  WHEREAS, in the *Cobalt* action, defendants' motion to dismiss is fully briefed, and on
22  August 4, 2016, the Court entered an order postponing the hearing on the motion to dismiss until a
23  date to be determined after resolution of the pending motions to remand and transfer;

24  WHEREAS, a hearing on motions to establish an MDL proceeding including the *Cobalt*,
25  *Glenview* and *Omega* actions is set for September 29, 2016 in Washington D.C. and the hearing on
26  motions to remand or transfer the *Terraform Global Inc. IPO* actions pending in front of Judge
27  Freeman is set for October 6, 2016;

28

1   WHEREAS, due to the number and complexity of the issues raised in defendants' Motions
2   and in light of other pending or anticipated filings in these actions, plaintiffs have requested
3   additional time to prepare their responses to defendants' Motions; and

4   WHEREAS, the Court, at the August 18, 2016 hearing, said it would grant plaintiffs an
5   additional two weeks and defendants an additional one week to submit their opposition and reply
6   briefs on the Motions.

7   NOW THEREFORE, the parties hereby agree and stipulate to the following:

8   1.   Plaintiffs' oppositions to the Motions shall be filed on or before September 9, 2016;

9   2.   Defendants' replies in support of their Motions shall be filed on or before
10   September 23, 2016; and

11   3.   The hearing on the motions to dismiss in the *Cobalt, Glenview* and *Omega* actions
12   shall be reset for October 13, 2016 or such other date as may be determined by the Court.

13   IT IS SO STIPULATED.

14   DATED:  August 22, 2016                ROBBINS GELLER RUDMAN
                                              & DOWD LLP
15                                          DENNIS J. HERMAN
                                            DAVID W. HALL
16

17
                                                   s/Dennis J. Herman
18                                          ―――――――――――――――――――
                                                 DENNIS J. HERMAN

19                                          Post Montgomery Center
                                            One Montgomery Street, Suite 1800
20                                          San Francisco, CA  94104
                                            Telephone:  415/288-4545
21                                          415/288-4534 (fax)

22                                          ROBBINS GELLER RUDMAN
                                              & DOWD LLP
23                                          DARREN J. ROBBINS
                                            JAMES I. JACONETTE
24                                          SCOTT H. SAHAM
                                            SUSAN G. TAYLOR
25                                          JENNIFER N. CARINGAL
                                            655 West Broadway, Suite 1900
26                                          San Diego, CA  92101
                                            Telephone:  619/231-1058
27                                          619/231-7423 (fax)

28                                          Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 22, 2016 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 3 | | MICHAEL BONGIORNO |
| 4 | | TIMOTHY PERLA |

s/Timothy Perla<br>TIMOTHY PERLA

60 State Street
Boston, MA  02109
Telephone: 617/526-6000
617/526-5000 (fax)

WILMER CUTLER PICKERING
   HALE AND DORR LLP
JIE (LISA) LI (260474)
950 Page Mill Road
Palo Alto, California 94304
Telephone:  650/858-6000
650/858-6100 (fax)

Attorneys for Defendants TerraForm Global, Inc., TerraForm Global, LLC and Peter Blackmore

DATED:  August 22, 2016     SIDLEY AUSTIN LLP
                            SARA B. BRODY (130222)
                            JAIME A. BARLETT (251825)
                            SARAH A. HEMMENDINGER (298659)

s/Jaime A. Barlett<br>JAIME A. BARLETT

555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  415/772-1200
415/772-7400 (fax)

SIDLEY AUSTIN LLP
NORMAN J. BLEARS (95600)
1001 Page Mill Road, Building 1
Palo Alto, CA  94304
Telephone: 650/565-7000
650/565-7100 (fax)

| | |
|---|---|
| 1 | |
| 2 | SIDLEY AUSTIN LLP<br>ROBIN WECHKIN<br>701 Fifth Avenue, Suite 4200 |
| 3 | Seattle, WA  98104<br>Telephone: 206/262-7680 |
| 4 | 650/565-7100 (fax) |
| 5 | Attorneys for Defendants Ahmad Chatila, Jeremy Avenier, Brian Wuebbels, Martin Truong, |
| 6 | Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven |
| 7 | Tesoriere, James B. Williams and Randy H. Zwirn |
| 8 | |
| 9 | DATED:  August 22, 2016     RAMSEY & EHRLICH LLP<br>ISMAIL J. RAMSEY (189820) |
| 10 | KATHARINE ANN KATES (155534) |
| 11 | |
| 12 | <u>    s/Ismail J. Ramsey    </u><br>ISMAIL J. RAMSEY |
| 13 | |
| 14 | 803 Hearst Avenue<br>Berkeley, CA  94710 |
| 15 | Telephone: 510/548-3600<br>510/291-3060 (fax) |
| 16 | HINCKLEY ALLEN & SNYDER LLP |
| 17 | KEVIN J. O'CONNOR<br>JAMES L. TUXBURY |
| 18 | RHIANNON A. CAMPBELL<br>28 State Street |
| 19 | Boston, MA  02109-1775<br>Telephone: 617/378-4190 |
| 20 | 617/378-4191 (fax) |
| 21 | Attorneys for Defendant Carlos Domenech Zornoza |
| 22 | |
| 23 | DATED:  August 22, 2016     O'MELVENY & MYERS LLP<br>DANIEL H. BOOKIN (78996) |
| 24 | |
| 25 | <u>    s/Daniel H. Bookin    </u><br>DANIEL H. BOOKIN |
| 26 | |
| 27 | |
| 28 | |

                                Two Embarcadero Center, 28th Floor
                                San Francisco, CA  94111-3823
                                Telephone: 415/984-8700
                                415/984-8701 (fax)

Attorneys for Defendant Alejandro Hernandez

DATED:  August 22, 2016       SHEARMAN & STERLING LLP
                                     PATRICK D. ROBBINS (152288)

                                   s/Patrick D. Robbins
                                PATRICK D. ROBBINS

535 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:  415/616-1210
415/616-1199 (fax)

SHEARMAN & STERLING LLP
ADAM S. HAKKI
DANIEL C. LEWIS
599 Lexington Avenue
New York, NY  10022-6069
Telephone: 212/848-4000
646/848-4924 (fax)

Attorneys for Defendants Goldman, Sachs & Co., J.P. Morgan Securities LLC, Barclays Capital Inc., Citigroup Global Markets Inc., Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., BTG Pactual US Capital LLC, Itaú BBA USA Securities, Inc., SMBC Nikko Securities America Inc., SG Americas Securities, LLC and Kotak Mahindra, Inc.

*   *   *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __August 22, 2016.__          /s/ (signature)
                                     THE HONORABLE WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE