IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBALT PARTNERS, LP, COBALT PARTNERS II, LP, COBALT OFFSHORE MASTER FUND, LP AND COBALT KC PARTNERS, LP,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SUNEDISON, INC., AHMAD CHATILA, BRIAN WUEBBELS, MARTIN TRUONG, ALEJANDRO HERNANDEZ, EMMANUEL HERNANDEZ, ANTONIO R. ALVAREZ, PETER BLACKMORE, CLAYTON DALEY JR., GEORGANNE PROCTOR, STEVEN TESORIERE, JAMES B. WILLIAMS, RANDY H. ZWIRN, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., MACQUARIE CAPITAL (USA), INC., MCS CAPITAL MARKETS LLC and DOES 1- 25, inclusive,<br><br>　　　　Defendants.<br>――――――――――――――――――――――/<br>AND RELATED CASES.<br>――――――――――――――――――――――/ | No. C 16-02263 WHA<br><br>*Related Cases:*<br><br>No. 16-cv-02264-WHA<br>No. 16-cv-02265-WHA<br>No. 16-cv-02268-WHA<br>No. 16-cv-04883-WHA<br><br><br>**REQUEST FOR RESPONSE REGARDING COORDINATION OF CASES** |

　　　　On August 26, 2016, an order denied motions to remand as to four of the related cases and certified an issue for interlocutory review under 28 U.S.C. 1292 (*see* Case No. 16-02265, Dkt. No. 73). Plaintiffs in *Cobalt*, *Glenview*, and *Omega* subsequently filed petitions for

interlocutory review pursuant 28 U.S.C. 1292.  Plaintiffs in the *Bloom* class action did not file a petition for interlocutory review.

On September 7, 2016, an order related a fifth action, *Bloom II* (Case No. 16-cv-04883-WHA) to these actions.

This order requests responses from the parties regarding the following question:  to what extent should the *Bloom* class action (Case No. C 16-02265 WHA) and the newly-related class action (Case No. 16-cv-04883-WHA), *Bloom II*, be stayed pending such time as our court of appeals acts upon the pending petitions for interlocutory review?  **BY SEPTEMBER 13, 2016 AT NOON**, the parties may submit briefs of no more than five pages responding to this question.  The Court asks the parties to consolidate briefs where appropriate and avoid submitting duplicative briefs.

**IT IS SO ORDERED.**

Dated:  September 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2