IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLOOM AND SHARON BURNSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNEDISON, INC. ET AL.,<br><br>Defendants.<br>_____/<br>AND RELATED CASES.<br>_____/ | No. 16-02265 WHA<br><br>*Related Cases:*<br><br>Case No. 16-cv-02263-WHA<br>Case No. 16-cv-02264-WHA<br>Case No. 16-cv-02268-WHA<br>Case No. 16-cv-04883-WHA<br><br>**ORDER TRANSFERRING** *BLOOM* **ACTIONS** |

Pursuant to the prior order granting defendants' motion to transfer (Dkt. No. 73), and the prior order consolidating *Bloom I* (Case. No. 16-02265 WHA) and *Bloom II* (Case No. 16-cv-04883-WHA) (Dkt. No. 80), *Bloom I* and *Bloom II* are hereby transferred to the United States District Court for the Southern District of New York.

The Clerk shall transfer *Bloom I* (Case. No. 16-02265 WHA) and *Bloom II* (Case No. 16-cv-04883-WHA) forthwith. The related actions — *Cobalt*, *Glenview*, and *Omega* — shall remain stayed pending resolution of the petitions for interlocutory review.

**IT IS SO ORDERED.**

Dated: September 21, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE